1  Eric K. Fogderude, #070860
   FLETCHER & FOGDERUDE, INC.
2  A Professional Corporation
   5412 North Palm Avenue, Suite 101
3  Fresno, California 93704
   Telephone:(559) 431-9710
4  Facsimile: (559) 431-4108
   E-mail: efogderude1@yahoo.com

5
   Attorney for Defendant LIBRADA SUCILLA SANCHEZ
6



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-326-AWI-BAM |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER |
| vs. | |
| LIBRADA SUCILLA-SANCHEZ | |
| Defendant. | |

It is hereby stipulated by Defendant LIBRADA SUCILLA-SANCHEZ, through her attorney of record Eric K. Fogderude and by the United States of America, through its attorney of record Henry Z. Carbajal III, Assistant U.S. Attorney, that the additional Conditions of Release item 8(j) ordered on April 22, 2013, be modified as follows:

(8)(j) executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: You shall be released on a $ 25,000 property bond secured in equity owned by Adan Sucilla and Yolanda Garcia.

All other previously ordered terms and conditions of release remain in full force and effect.

///

IT IS SO STIPULATED:

Dated: June 25, 2013                FLETCHER & FOGDERUDE, INC.

/s/ Eric K Fogderude
---
Eric K Fogderude, Attorney for
Defendant, LIBRADA SUCILLA-SANCHEZ

Dated: June 25, 2013                UNITED STATES ATTORNEY'S OFFICE

/s/ Henry Z. Carbajal III
---
Henry Z. Carbajal III, Assistant U.S. Attorney

## ORDER

Having reviewed the above Stipulation and good cause appearing, IT IS SO ORDERED that the additional conditions of release, item (8)(j) ordered on April 22, 2013 is modified to read as follows:

(8)(j) executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release, the following sum of money or designated property: You shall be released on a $ 25,000 property bond secured in equity owned by Adan Sucilla and Yolanda Garcia.

All other previously ordered terms and conditions of release remain in full force and effect.

Dated: 7/0/13

Honorable Gary S Austin
United States Magistrate Judge