Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant LIBRADA SUCILLA SANCHEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-326-AWI-BAM |
| Plaintiff, | STIPULATION TO REVOKE CONDITIONS OF RELEASE AND ORDER |
| vs. | |
| LIBRADA SUCILLA-SANCHEZ | |
| Defendant. | |

It is hereby stipulated by Defendant LIBRADA SUCILLA-SANCHEZ, through her attorney of record Eric K. Fogderude and by the United States of America, through its attorney of record Henry Z. Carbajal III, Assistant U.S. Attorney, that the July 5, 2013, Order Setting Conditions of Release signed by the Honorable Gary S. Austin, U.S. Magistrate Judge be rescinded retro actively Nunc Pro Tunc to the date of July 5, 2013.

GOOD CAUSE exists for this modification because the Defendant has remained in custody since the July 5, 2013, order was issued because the immigration hold placed on the Defendant by the Department of Homeland Security continues to remain in effect preventing her release from custody. It is therefore requested that the court revoke and rescind the July 5, 2013, order, and that the Order be made retroactive to the date of July 5, 2013, so that the Defendant will not lose time credits since the date of July 5, 2013.  It

is also stipulated that the $ 25,000 property bond secured in equity owned by Adan Sucilla and Yolanda Garcia in under that certain Deed of Trust dated June 28, 2013 recorded July 5, 2013, and recorded as document number DOC-2013-0094713, be exonerated and a Deed of Full Reconveyance be issued.

IT IS SO STIPULATED:

Dated: August 8, 2013                    FLETCHER & FOGDERUDE, INC.

                                         /s/ Eric K Fogderude
                                         _____
                                         Eric K Fogderude, Attorney for
                                         Defendant, LIBRADA SUCILLA-SANCHEZ

Dated: August 8, 2013                    UNITED STATES ATTORNEY'S OFFICE

                                         /s/ Henry Z. Carbajal III
                                         _____
                                         Henry Z. Carbajal III,  Assistant U.S. Attorney

## ORDER

Having reviewed the above Stipulation and good cause appearing, IT IS SO ORDERED that the July 5, 2013, Order Setting Conditions of Release be rescinded retro actively Nunc Pro Tunc to the date of July 5, 2013.  And that the $ 25,000 property bond secured in equity owned by Adan Sucilla and Yolanda Garcia in  under that certain Deed of Trust dated June 28, 2013 recorded July 5, 2013, and recorded as document number DOC-2013-0094713 be exonerated and a Deed of Full Reconveyance be issued.

All other previously ordered terms and conditions of release remain in full force and effect.

IT IS SO ORDERED.

   Dated:   **August 9, 2013**              /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE