BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>         v.<br><br>LIBRADA SUCILLA-SANCHEZ,<br>aka "Lala"<br><br><br>               Defendant. | CASE NO. 1:12-CR-00326-AWI<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Librada Sucilla-Sanchez it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(1), defendant Librada Sucilla-Sanchez' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   I.  Items seized from LIBRADA SUCILLA-SANCHEZ at Mono Ave. in Fresno, California:

       A.     5,646 counterfeit audio CDs,

Preliminary Order of Forfeiture                    1

    B. 28,487 counterfeit movie DVDs, and

    C. 1 Samsung Cell Phone,

  II. Items seized from JOSE EDUARDO JERONIMO and DAMIAN MORALES-JERONIMO at Illinois Ave. in Fresno, California:

    A. 4,747 counterfeit audio CDs,

    B. 1,000 jewel cases,

    C. 300 disc envelopes,

    D. 176 music videos - CDs,

    E. 425 inserts,

    F. 24,560 counterfeit movie DVDs,

    G. 1 laptop computer,

    H. 8 San Disc Memory Cards with adapters,

    I. 8 cellular phones,

    J. 2 Pioneer DVD Writer units,

    K. 3 tower CD/DVD duplicators, and

    L. 1 box of .38 caliber ammunition,

  III. Six counterfeit movie DVDs seized from 5311 E. Huntington Ave., Fresno, California.

  IV. Items seized from JOSE ANTONIO HERNANDEZ and GENARO VELA-RODRIGUEZ at Effie Street in Fresno, California:

    A. 5,568 counterfeit audio CDs,

    B. 31,839 counterfeit movie DVDs,

    C. 10 counterfeit audio CDs,

    D. 4,700 clear CD/DVD sleeves,

    E. 45,000 CD/DVD insert cards,

    F. 7 tower CD/DVD duplicators,

    G. 5 cellular phones:

    1. Red Motorola Razor

1          2.    Black LG Verizon

2          3.    Black Motorola Nextel

3          4.    Black T-Mobile Samsung

4          5.    Black Cricket Sanyo

      H.    1 Samsung Plasma TV, S/N AUMH3CQS509788D

      I.    1 Sony Camcorder, Model DVX-801

      J.    1 Garmin GPS,

      K.    10 counterfeit bills of U.S. currency (9x $100 and 1x $20) totaling $920,

      L.    $2,401 U.S. Currency seized from JOSE ANTONIO HERNANDEZ, and

      M.    $286 U.S. Currency seized from GENARO VELA-RODRIGUEZ,

V. Items seized from 149 S. Dearing, Fresno, California:

      A.    3,658 counterfeit movie DVDs

      B.    5,069 counterfeit CDs

2. The above-listed property constitutes or is derived from proceeds traceable to Conspiracy to Commit Criminal Copyright Infringement and Traffic in Counterfeit Labels, Counterfeit Documentation and Packaging in violation of 18 U.S.C. §371.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, in its secure custody and control.

4.  a. Pursuant to 28 U.S.C. § 2461(c) incorporating 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site

1 www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

      5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(b)(1), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   November 25, 2013

_____
SENIOR DISTRICT JUDGE